THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERBERT ERHARDT, Appellant, *v.* JOHN F. FOSTER, as Warden of Auburn State Prison, Respondent.

Submitted April 4, 1949; decided April 20, 1949.

*Nathaniel L. Goldstein, Attorney-General (William S. Elder,* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed on the ground that appellant has not surrendered himself into custody and is, there-

fore, not within the jurisdiction of the court. (See *People* v. *Genet*, 59 N. Y. 80; *People ex rel. Hamilton* v. *Commissioner*, 185 N. Y. 594.)